Thomas J. Salerno (No. 007492)
Alisa C. Lacey (No. 010571)
Christopher C. Simpson (No. 018626)
Anthony P. Cali (No. 028261)
**STINSON LEONARD STREET LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Thomas.salerno@stinson.com
Alisa.lacey@stinson.com
Christopher.simpson@stinson.com
Anthony.cali@stinson.com

Proposed Attorneys for Debtor and Debtor-in-Possession
Frontier Star 1, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>FRONTIER STAR 1, LLC,<br><br><br><br>Debtor. | Chapter 11<br><br>Case No. 2:15-bk-14679<br><br>**MOTION FOR JOINT ADMINISTRATION** |

Frontier Star 1, LLC ("**Star 1**"), Debtor and Debtor-in-Possession, through counsel, hereby requests entry of an Order for Star 1 to be jointly administered with Frontier Star, LLC ("**Star**"), and Frontier Star CJ, LLC ("**Star CJ**") (collectively the "**Debtors**") in the above-captioned matter.

**Background**

1. On July 27, 2015, Star filed its Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On July 27, 2015, Star CJ filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

3. On August 13, 2015, this Court entered its Order Granting Debtor's Motion for Joint Administration of Pending Bankruptcy Cases (Docket No. 50).

4. On November 17, 2015, Star 1 filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

5. Each of the Debtors is a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

6. No trustee, examiner, or official committee has been appointed in any of the cases.

7. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are Sections 105 of the Bankruptcy Code and Fed. R. Bankr. P. 1015(b).

8. Star, Star CJ, and Star 1 are corporations formed under the statutes of the State of Arizona. Star 1 owns all of the equity interests in Star and Star CJ.

**Relief Requested**

9. This Motion has been filed in the lowest numbered case, with a copy sent to the Bankruptcy Judge in the Star 1 case. By this Motion, the Debtors seek an Order of the Court establishing the joint administration for procedural purposes of these affiliated cases, including Star 1.

10. The joint administration of the cases will prevent the imposition of unnecessary costs and the duplication of proceedings before the Court. It is appropriate and necessary to save Court time, attorney time, and attendant costs of multiple matters in each case that the Debtors' cases be treated as a single case solely for administrative purposes pursuant to Fed. R. Bankr. P. 1015(b).

11. The Debtors propose to use the caption below for the jointly administered cases.

| | |
|---|---|
| In re<br>FRONTIER STAR, LLC,<br>FRONTIER STAR CJ, LLC,<br>FRONTIER STAR 1, LLC,<br>MIH ADMIN SERVICES, LLC,<br>        Debtor. | Chapter 11<br>Case No. 2:15-bk-09383-EPB<br>Jointly Administered with:<br>2:15-bk-09385-EPB |

Once jointly administered, the Debtors propose that all pleadings be filed in the lowest-numbered case, except for proofs of claim and interest which should be filed in the case to which such proofs are related.

WHEREFORE, for the reasons set forth above, the Debtors respectfully request entry of an Order authorizing the joint administration of the affiliated Debtors' cases, and for such other relief as is just in the circumstances.

RESPECTFULLY SUBMITTED this 17th day of November, 2015.

**STINSON LEONARD STREET LLP**

By: /s/ Thomas J. Salerno
Thomas J. Salerno, Esq.
Alisa C. Lacey, Esq.
Christopher C. Simpson, Esq.
Anthony P. Cali, Esq.
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Proposed Attorneys for Debtor and Debtor-in-Possession

COPY of the foregoing sent this 17th day of November, 2015, to:

Office of the U.S. Trustee
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706
ustpregion14.px.ecf@usdoj.gov

/s/ Anne Finch