1 Craig S. Ganz (023650)
ganzc@ballardspahr.com
2 Michael S. Myers (029978)
myersms@ballardspahr.com
3 BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
4 Phoenix, AZ 85004-2555
Telephone: 602.798.5400
5 Facsimile: 602.798.5595

6 *Counsel for Three White Knights LLC*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>FRONTIER STAR 1, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:15-BK-14679-DPC<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE** |

PLEASE TAKE NOTICE that Craig Solomon Ganz, Esq. and Michael S. Myers, Esq. of the law firm of Ballard Spahr, LLP, counsel for Three White Knights LLC ("TWK"), an interested party, enter their appearances on the record in the above-captioned voluntary chapter-11 bankruptcy proceeding under Bankruptcy Rule 9010(b).[1]

PLEASE TAKE FURTHER NOTICE that TWK's counsel hereby requests under Bankruptcy Rules 2002, 3017, 9007, 9010, and any other applicable Bankruptcy Rules, that all notices given or required to be given in the above-captioned case including, but not limited to, all papers filed and served in either the above-captioned proceeding or in any contested matter or adversary proceeding related thereto, and all notices mailed only to statutory committees or their authorized agents or to creditors and equity security holders who file with the court a request that all notices be given to and served upon said counsel at the following address:

---

[1] All references to "Bankruptcy Rule" refer to the Federal Rules of Bankruptcy Procedure.

Craig Solomon Ganz, Esq.
Michael S. Myers, Esq.
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
ganzc@ballardspahr.com
myersms@ballardspahr.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, fax transmission, or otherwise filed in or made with regard to this case and any proceeding commenced herein.

RESPECTFULLY SUBMITTED this 18th day of November, 2015.

BALLARD SPAHR LLP

By: */s/ Craig Solomon Ganz*
    Craig Solomon Ganz
    Michael S. Myers
    1 E. Washington Street, Suite 2300
    Phoenix, AZ 85004-2555
    Telephone: (602) 798-5400
    Facsimile: (602) 798-5595
    E-Mail: ganzc@ballardspahr.com

*Counsel for Three White Knights LLC*

# CERTIFICATE OF SERVICE

I certify that on this 18th day of November, 2015, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Bankruptcy Court, using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

COPY of the foregoing sent via
email or U.S. Mail this same date to:

Thomas J. Salerno, Esq.
thomas.salerno@stinsonleonard.com
STINSON LEONARD STREET, LLP
1850 North Central Avenue
Suite 2100
Phoenix, AZ 85004
*Attorneys for Debtors*

Larry L. Watson
larry.watson@usdoj.gov
OFFICE OF THE U.S. TRUSTEE
230 N. 1st Avenue, Ste. 204
Phoenix, AZ 85003-1706


By:  */s/ Tasha Hart*