ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

LARRY L. WATSON (CA #193531)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, AZ  85003
E-mail: larry.watson@usdoj.gov
(602) 682-2607

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) In Proceedings under Chapter 11 |
| | ) |
| FRONTIER STAR 1, LLC, | ) Case No.: 2:15-bk-14679-DPC |
| | ) |
| | ) NOTICE OF APPEARANCE |
| | ) |
| Debtor, | ) |
| | ) |
| | ) |
| | ) |

The Office of the United States Trustee for the District of Arizona, by

undersigned counsel,

>          Larry L. Watson
>          Office of the United States Trustee
>          230 N. First Avenue, Suite 204
>          Phoenix, AZ   85003-1706
>          Telephone: 602-682-2600
>          Facsimile: 602-514-7270
>          Email:  Larry.Watson@usdoj.gov

Hereby appears and formally request copies of all notices and any and all filing in the above-

captioned administrative proceeding or in any contested matter or adversary proceeding herein

and related thereto.

RESPECTFULLY SUBMITTED this 18th day of November, 2015.

>          ILENE J. LASHINSKY
>          United States Trustee
>          District of Arizona


>          /s/ Larry L. Watson
>          LARRY L. WATSON
>          Trial Attorney

| | |
|---|---|
| 1 | COPY of the foregoing served via first class mail this 18th day of |
| 2 | November, 2015 to all parties listed below: |
| 3 | THOMAS J. SALERNO |
| | Stinson Leonard Street, LLP |
| 4 | 1850 N Central Ave., #2100 |
| | PHOENIX, AZ 85004 |
| 5 | Attorney for Debtor |
| 6 | /s/ Connie Hoover |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2