**SO ORDERED.**

**Dated: November 19, 2015**

**Eddward P. Ballinger Jr., Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| FRONTIER STAR 1, LLC, | Case No. 2:15-bk-14679-DPC |
| | **ORDER FOR JOINT ADMINISTRATION** |
| Debtor. | |

The Court has considered the Motion for Joint Administration ("Motion") filed by Frontier Star 1, LLC ("Star 1"), Debtor and Debtor-in-Possession ("Debtor"), requesting entry of an Order for the joint administration of the above-referenced bankruptcy estate with the case of Frontier Star, LLC, ("Star") 2:15-bk-09383-EPB. The Court has determined that there is sufficient cause to jointly administer Star 1's case and, therefore,

IT IS HEREBY ORDERED that the bankruptcy estate of Star 1 be jointly administered under Case No 2:15-bk-09383-EPB, for procedural purposes only, and that it be transferred to the Honorable Eddward P. Ballinger, Jr.

IT IS FURTHER ORDERED that all pleadings and motions be filed in the Star case, except that all proofs of claim and proofs of interest shall be filed in the case in which such claims and interests are asserted and that the Clerk will maintain separate registers of such claims and interests.

1
      IT IS FURTHER ORDERED that pleadings and motions filed in these jointly administered
2
cases will use the caption set forth below:
3

4 | In re | Chapter 11

5 | FRONTIER STAR, LLC, | Case No. 2:15-bk-09383-EPB

    FRONTIER STAR CJ, LLC, | Jointly Administered with:
6 | | 2:15-bk-09385-EPB
    FRONTIER STAR 1, LLC, | 2:15-bk-14679-EPB
7 | MIH ADMIN SERVICES, LLC, | 2:15-bk-14682-EPB

8

9 |         Debtors.

10

11      DATED AND SIGNED ABOVE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28